UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Wendy Agnello, et al. v. Bayer Corporation, et al.* | No. 10-cv-10909-DRH |
| *Lanesha Shanece Dennis v. Bayer Corporation, et al.* | No. 11-cv-12919-DRH |
| *Lauren Ashley Eubanks v. Bayer Corporation, et al.* | No. 10-cv-13493-DRH |
| *Rose Garcia v. Bayer Corporation, et al.* | No. 10-cv-10508-DRH |
| *Casey Levett Grayson v. Bayer Corporation, et al.* | No. 11-cv-12924-DRH |
| *Laquita O'Nekia Harel v. Bayer Corporation, et al.* | No. 09-cv-20046-DRH |
| *Jean Anna Kraus, et al. v. Bayer Corporation, et al.* | No. 11-cv-11889-DRH |
| *Samantha McClanahan v. Bayer Corporation, et al.* | No. 11-cv-12391-DRH |
| *Dionne Denae Morrise v. Bayer Corporation, et al.* | No. 11-cv-12118-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on October 1, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

Date: October 1, 2014

Digitally signed by David R. Herndon
Date: 2014.10.01 11:06:24 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

2